**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6593**

---

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

COLIN ROSE, a/k/a Turbo, a/k/a Damien Young,

                                        Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CR-97-225-A)

---

Submitted: May 16, 2002                 Decided: May 28, 2002

---

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Colin Rose, Appellant Pro Se. James L. Trump, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Colin Rose appeals the district court's order denying his motions to reduce his sentence and for a downward departure under U.S. Sentencing Guidelines Manual § 5K2.0 (2000). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Rose, No. CR-97-225-A (E.D. Va. filed Mar. 15, 2002; entered Mar. 18, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED